**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 13-10114 |
| Plaintiff - Appellee, | 13-10128 |
| v. | D.C. Nos. 4:12-cr-01260-RCC |
| | 2:09-cr-00044-RCC |
| LUIS ELIAS HERNANDEZ- VILLASENOR, a.k.a. Elias Luis Hernandez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Marvin E. Aspen, District Judge, Presiding[**]

Submitted June 12, 2014[***]

Before:    McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

In these consolidated appeals, Luis Elias Hernandez-Villasenor appeals from

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Marvin E. Aspen, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

his guilty-plea conviction and 84-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326; and the revocation of supervised release and consecutive 18-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Hernandez-Villasenor's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hernandez-Villasenor the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**